Robert N. Phan (Bar No. 217283)
**GARCIA & PHAN, A Prof. Law Corp.**
17011 Beach Blvd., Suite 540
Huntington Beach, California 92647
714-848-8200 (Main)
714-677-4005 (Facsimile)
rphan@garciaphan.com

Attorneys for Plaintiff,
CHRISTINE TRAN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:10-bk-13751-TA |
| RICHARD THANH V. VO, | Assigned to: Hon. Theodor C. Albert (Dept. 5B) |
| | Chapter 7 |
| | **NOTICE OF RULING** |
| Debtor, | Date: August 10, 2010<br>Time: 10:30 a.m.<br>Dept.: 5B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the moving party, CHRISTINE TRAN's, Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 came on regular hearing on August 10, 2010, at 10:30 a.m. in Department "5B" of the above-entitled Court, the Honorable Theodor C. Albert presiding.

Robert N. Phan, Esq. appeared on behalf of the moving party, CHRISTINE TRAN. There was no appearance by the Debtor.

Upon consideration of the papers filed and oral argument by counsel, the Honorable Theodor C. Albert ruled as follows:

1 | Moving party, CHRISTINE TRAN's, Motion for Relief from the Automatic
2 | Stay pursuant to 11 U.S.C. § 362 and all relief requested therein are hereby
3 | **GRANTED** in its entirety.
4 |
5 | DATED: August 10, 2010          GARCIA & PHAN, A Prof. Law Corp.
6 |
7 |
8 |                                 By:   /s/ Robert N. Phan
                                    ROBERT N. PHAN
9 |                                 Attorneys for Plaintiff,
                                    CHRISTINE TRAN
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1 **PROOF OF SERVICE**

2     STATE OF CALIFORNIA, COUNTY OF ORANGE

3     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 17011 Beach Blvd., Suite 540, Huntington Beach, CA 92647.

5     On **August 10, 2010**, I served the foregoing document described as:

6 **NOTICE OF RULING**

7 on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]   (BY MAIL)
    [X]   I deposited such envelope in the mail at Huntington Beach, California. The envelope was mailed with postage thereon fully prepaid.
    [ ]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Huntington Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on **August 10, 2010**, at Huntington Beach, California.

[ ]   (BY FACSIMILE)
    [ ]   I served by facsimile a true copy of the above-described document. I am "readily familiar" with this firm's practice of processing correspondence by fax. Under that practice documents are placed in our fax machine and are processed and received simultaneously at their destination. The above-referenced document(s) was placed in the fax machine with all costs of faxing prepaid, directed to each party (using their fax number), listed on the attached Service List. The document was successfully transmitted in my presence.
Executed on **\***, at Huntington Beach, California.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on **\***, at Huntington Beach, California.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Maria Sotelo
_____
Maria Sotelo

# SERVICE LIST

**Debtor:**
Richard Thanh V. Vo
1940 W. Orangewood Ave., #110
Orange, CA 92868

**Trustee:**
Karen S. Naylor
P.O. Box 504
Santa Ana, CA 92702-0504

**U.S. Trustee:**
United States Trustee (SA)
411 W. Fourth Street, Ste. 9041
Santa Ana, CA 92701-4593