RICHARD VO
AKA THANH V. VO
1940 W. ORANGEWOOD AVE #116
ORANGE, CA 92868
(714) 588-3494

IN PRO PER

**FILED**
AUG 10 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

RICHARD THANH V VO

Case No: 8-10-BK-13751-TA

Title: REQUEST, VOLUNTARY DISMISSAL

Chapter: 7

Date: Sept 21, 2010
Time: 11 AM
Place: 5B

I, hereby request to dismiss this case.

Dated: August 10, 2010

_Richard Thanh Vo_ (signature)

RICHARD THANH V. VO

| In re: | CHAPTER: 7 |
|---|---|
| RICHARD THANH V. VO                               Debtor(s). | CASE NUMBER: 8-10-bk-13751-TA |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

JUDY DUNG PHAM
401 W. Orangewood Ave # E105
ANAHEIM CA 92811

A true and correct copy of the foregoing document described as MOTION VOLUNTARY DISMISSAL — _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 8-10-2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8-10-10 JUDY PHAM | | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: RICHARD THANH V. VO | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 8-10-BK-13751-TA |

**ADDITIONAL SERVICE INFORMATION (if needed):**

TRUSTEE,

   KAREN S NAYLOR (TR)

   PO Box 504

   SANTA ANA CA 92702

US TRUSTEE,

   UNITED STATES TRUSTEE (SA)

   411 W. Fourth Floor #9041

   SANTA ANA CA 92701.

ROBERT PHAN ESQ,

17011 - BEACH BL #540

HUNTINGTON BEACH

    CA 92647

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1